JOHN A. GRAY, Appellant, *v.* SAMUEL W. GREEN et al., Respondents.

(Argued May 30, 1876; decided June 6, 1876.)

*Clarkson N. Potter* for the appellant.

*Edward N. Dickerson* for the respondents.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.